CONTE C. CICALA
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, CA 94104
Phone: (415) 693-5562
Fax: (415) 580-3055

*Attorneys for Plaintiff Wurth U.S.A., Inc.*

RABEH M.A. SOOFI, ESQ. SBN 276015
SOOFI | Legal Counsel
5670 Wilshire Blvd. – 18th Floor
Los Angeles, CA 90036
Telephone:     (213) 403-0130
Facsimile:     (213) 986-3485

*Attorney for Defendant Luis Flores*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WURTH U.S.A., Inc. | Case No. 2:13-cv-01845-KJM-AC |
| Plaintiff, | **ORDER, JUDGMENT AND DECREE OF INJUNCTION** |
| v. | |
| LUIS FLORES, | |
| Defendant. | |

**ORDER, JUDGMENT AND DECREE OF INJUNCTION**

- 1 -              ORDER, JUDGMENT AND DECREE

WHEREAS, the parties, Plaintiff Wurth U.S.A., Inc., and Defendant Luis Flores ("Parties") hereto having agreed to a settlement of the matters in issue between them, and to the entry of this Judgment and Decree, it is hereby ORDERED, ADJUDGED and DECREED:

1). This Court has jurisdiction over the defendant Luis Flores ("Mr. Flores");

2). That Flores is hereby enjoined, effective of the date of entry of this order, as follows:

a. For a period of 6 months, Mr. Flores will forbear from applying to be an employee of any of the following companies, and/or their known affiliates, parents, subsidiaries and/or related companies: Lawson/Kent, Winzer, Barnes Distribution/MSC, Fastenal, Kimball Midwest, TIFCO Industries.

b. For a period of 6 months, Mr. Flores will not solicit new clients who are existing Wurth clients that he worked with in the past during his former employment at Wurth but that are not his current customers.

c. Mr. Flores will not affix any stickers or other materials advertising his company/services to any known Wurth property, including but not limited to ORSY equipment.

d. Within the next 30 days, Mr. Flores will remove all known stickers advertising his company/services from Wurth property put there in the past. He will provide a list of all locations where he has removed stickers to Wurth, through his counsel.

e. Thereafter, if Wurth discovers the presence of any stickers or other materials advertising his company/services affixed to Wurth property, Wurth will bring it to his attention by email to florestoolnfastner@gmail.com. Thereafter, Mr. Flores is ordered, within 60 days thereafter, to remove said sticker(s) or other materials.

e. Mr. Flores will not disparage Wurth for a period of twenty four (24) months. This non-disparagement provision is in addition to, and does not replace, any other rights or remedies available to Wurth in relation to Mr. Flores' conduct, whether written or oral communications or otherwise.

3). Except for the retainer of jurisdiction necessary to enforce this injunction, the captioned action is dismissed with prejudice.

- 1 -   ORDER, JUDGMENT AND DECREE

1
2  THIS COURT SHALL RETAIN jurisdiction to enforce this Judgment and
3  Permanent Injunction to the full extent provided by law.
4  I consent to and agree to entry of the following ORDER, JUDGMENT AND DECREE
5  OF INJUNCTION.

                                                                            /s/ Luis Flores
                                                                            LUIS FLORES

Approved as to form:

Dated:  April 30, 2014                      Respectfully submitted,

                                                FLYNN, DELICH & WISE LLP

                                                By:   /s/ Conte C. Cicala
                                                     Conte C. Cicala
                                                     *Attorneys for Plaintiff*

Dated:   April 30, 2014                     SOOFI | Legal Counsel

                                               By:   /s/ Rabeh M.A. Soofi
                                                   Rabeh M. A. Soofi
                                                   *Attorneys for Defendant*

**ORDER**

Pursuant to stipulation and good cause appearing therefor,

IT IS SO ORDERED, ADJUDGED AND DECREED.

Entered this 13th day of June, 2014.

                                              UNITED STATES DISTRICT JUDGE